UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>DANIEL C. BRANT, JR., DARYLA R. BRANT, TRUSTBANK, and CITIBANK (USA), N.A. f/k/a HURLEY STATE BANK,<br><br>      Defendants. | Case No. 07-cv-529-JPG |

## JUDGMENT

**Decision by Court.** This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendants Daniel C. Brant, Jr., Daryla R. Brant, Trustbank, and Citibank (USA) f/k/a/ Hurley State Bank, are **DISMISSED without prejudice**.

      **DATE: October 24, 2007**

                                      **NORBERT G. JAWORSKI, CLERK**

                                      s/Brenda K. Lowe, Deputy Clerk

**APPROVED:**  s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **U.S. District Judge**